Pay Inquiry    Page 1 of 1



# DEBORAH GENTRY

**Company:** Baptist Health System
**Address:** 3201 4th Avenue South, Birmingham, AL 35222

Review the details of your paycheck. To view other checks, select

**Net Pay:** $979.09
**Pay Begin Date:** 11/16/2012
**Pay End Date:** 12/01/2012
**Check Date:** 12/07/2012

## General

| | | | |
|---|---|---|---|
| **Name:** | DEBORAH LYNNETTE GENTRY | **Business Unit:** | BHSBU |
| **Employee ID:** | | **Pay Group:** | Baptist Health System |
| **Address:** | 5985 CREEKWOOD ROAD, IRONDALE, AL 35210 | **Department:** | PRN2750 - NEUROSURGICAL INTENS |
| | | **Location:** | PRN-Princeton |
| | | **Job Title:** | RN |
| | | **Pay Rate:** | $20.46   Hourly |

## Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Single | **AL Marital Status:** | Single or married but claiming no exempt |
| **Fed Allowances:** | 3 | **AL Allowances:** | 1 |
| **Fed Addl Percent:** | 0.000 | **AL Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **AL Addl Amount:** | $0.00 |

## Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,670.52 | 1,200.06 | 220.97 | 470.46 | 979.09 |
| YTD | 43,447.10 | 31,963.48 | 6,396.34 | 12,078.13 | 24,972.63 |

## Earnings

| Description | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Regular | 48.70 | 20.460000 | 996.40 | 26,996.19 |
| Baylor$8. | 47.30 | 8.000000 | 378.40 | 8,741.60 |
| Sh Diff 3 | 32.40 | | 129.60 | 1,286.80 |
| ETO 7/7 | 5.53 | 20.460000 | 113.14 | 2,948.69 |
| Sh Diff 2 | 16.30 | | 52.98 | 1,420.69 |
| CNPay$1.50 | | | | 629.55 |
| Stdby$1.50 | | | | 39.45 |
| Co Bus | | | | 439.90 |
| Overtime | | | | 944.23 |
| **Total:** | 150.23 | | 1,670.52 | 43,447.10 |

## Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| Fed Withholdng | 85.11 | 2,804.15 |
| Fed MED/EE | 18.85 | 501.27 |
| Fed OASDI/EE | 54.61 | 1,451.95 |
| AL Withholdng | 49.40 | 1,293.26 |
| AL BIRMINGHAM Withholdng | 13.00 | 345.71 |
| **Total:** | 220.97 | 6,396.34 |

## Before-Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| MEDICAL | 137.00 | 3,452.00 |
| Dental | 19.00 | 483.00 |
| VISION | 5.89 | 150.13 |
| Val Mut | 100.23 | 2,606.82 |
| Medspend | 62.50 | 1,437.50 |
| Dep Care | 145.84 | 3,354.17 |
| **Total:** | 470.46 | 11,483.62 |

## After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| Sptfirst | | 592.00 |
| Sup Life | | 1.85 |
| DPLFCH | | 0.66 |
| **Total:** | | 594.51 |

## Employer Paid Benefits

| Description | Amount | YTD Amount |
|---|---|---|
| MEDICAL | 175.60 | 4,611.57 |
| Life Ins. | 0.60 | 14.84 |
| LTDPD | 2.46 | 61.02 |
| Val Mut | 50.12 | 1,303.47 |
| *Taxable | | |
| **Total:** | 228.78 | 5,990.90 |

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 2036628 | Checking | XXXXX2389 | 979.09 |

## Leave Balances

| Description | YTD Amount |
|---|---|
| ETO | 0.00 |
| PIB | 59.93 |
| **Total YTD Amount:** | 59.93 |

Hide

http://psweb.bhsala.com:8005/psc/hr90sys/EMPLOYEE/HRMS/c/ROLE_EMPLOYEE.P...    12/5/2012

Case 12-05877-BGC7   Doc 10   Filed 12/17/12   Entered 12/17/12 18:42:39   Desc Main Document   Page 1 of 10

**DEBORAH GENTRY**

Print

| | |
|---|---|
| **Company:** Baptist Health System | **Net Pay:** $969.05 |
| **Address:** 3201 4th Avenue South | **Pay Begin Date:** 11/04/2012 |
| Birmingham, AL 35222 | **Pay End Date:** 11/17/2012 |
| | **Check Date:** 11/23/2012 |

Review the details of your paycheck. To view other checks, select

### General

| | | | |
|---|---|---|---|
| **Name:** | DEBORAH LYNNETTE GENTRY | **Business Unit:** | BHSBU |
| **Employee ID:** | [redacted] | **Pay Group:** | Baptist Health System |
| **Address:** | 5985 CREEKWOOD ROAD | **Department:** | PRN2750 - NEUROSURGICAL INTENS |
| | IRONDALE, AL 35210 | **Location:** | PRN-Princeton |
| | | **Job Title:** | RN |
| | | **Pay Rate:** | $20.46   Hourly |

### Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Single | **AL Marital Status:** | Single or married but claiming no exempt |
| **Fed Allowances:** | 3 | **AL Allowances:** | 1 |
| **Fed Addl Percent:** | 0.000 | **AL Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **AL Addl Amount:** | $0.00 |

### Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,656.02 | 1,186.44 | 217.39 | 469.58 | 969.05 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | 49.60 | 20.460000 | 1,014.82 |
| Baylor$8. | 49.60 | 8.000000 | 396.80 |
| Sh Diff 3 | 34.00 | | 136.00 |
| ETO 7/7 | 2.82 | 20.460000 | 57.70 |
| Sh Diff 2 | 15.60 | | 50.70 |
| **Total:** | 151.62 | | 1,656.02 |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholdng | 83.06 |
| Fed MED/EE | 18.65 |
| Fed OASDI/EE | 54.00 |
| AL Withholdng | 48.82 |
| AL BIRMINGHAM Withholdng | 12.86 |
| **Total:** | 217.39 |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| MEDICAL | 137.00 |
| Dental | 19.00 |
| VISION | 5.89 |
| Val Mut | 99.36 |
| Medspend | 62.50 |
| Dep Care | 145.83 |
| **Total:** | 469.58 |

### After Tax Deductions

| Description | Amount |
|---|---|

### Employer Paid Benefits

| Description | Amount |
|---|---|
| MEDICAL | 175.60 |
| Life Ins. | 0.60 |
| LTDPD | 2.46 |
| Val Mut | 49.68 |
| *Taxable | |
| **Total:** | 228.34 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Check | 281552 | Issue Check | | 969.05 |

Hide

**DEBORAH GENTRY**

| | |
|---|---|
| **Company:** Baptist Health System | **Net Pay:** $429.69 |
| **Address:** 3201 4th Avenue South Birmingham, AL 35222 | **Pay Begin Date:** 10/21/2012<br>**Pay End Date:** 11/03/2012<br>**Check Date:** 11/09/2012 |

Review the details of your paycheck. To view other checks, select

### General

| | | | |
|---|---|---|---|
| **Name:** | DEBORAH LYNNETTE GENTRY | **Business Unit:** | BHSBU |
| **Employee ID:** | [redacted] | **Pay Group:** | Baptist Health System |
| **Address:** | 5985 CREEKWOOD ROAD<br>IRONDALE, AL 35210 | **Department:** | PRN2750 - NEUROSURGICAL INTENS |
| | | **Location:** | PRN-Princeton |
| | | **Job Title:** | RN |
| | | **Pay Rate:** | $20.46 Hourly |

### Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **AL Marital Status:** | Single or married but claiming no exempt |
| **Fed Allowances:** | 0 | **AL Allowances:** | 1 |
| **Fed Addl Percent:** | 0.000 | **AL Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **AL Addl Amount:** | $0.00 |

### Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 927.50 | 501.62 | 71.93 | 425.88 | 429.69 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | 25.30 | 20.460000 | 517.64 |
| Baylor$8. | 25.30 | 8.000000 | 202.40 |
| ETO 7/7 | 5.49 | 20.460000 | 112.33 |
| Sh Diff 3 | 17.20 | | 68.80 |
| Sh Diff 2 | 8.10 | | 26.33 |
| W/O Pay | 24.00 | | |
| **Total:** | **105.39** | | **927.50** |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholdng | 19.01 |
| Fed MED/EE | 8.08 |
| Fed OASDI/EE | 23.41 |
| AL Withholdng | 15.86 |
| AL BIRMINGHAM Withholdng | 5.57 |
| **Total:** | **71.93** |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| MEDICAL | 137.00 |
| Dental | 19.00 |
| VISION | 5.89 |
| Val Mut | 55.65 |
| Medspend | 62.50 |
| Dep Care | 145.84 |
| **Total:** | **425.88** |

### After Tax Deductions

| Description | Amount |
|---|---|

### Employer Paid Benefits

| Description | Amount |
|---|---|
| MEDICAL | 175.60 |
| Life Ins. | 0.60 |
| LTDPD | 2.46 |
| Val Mut | 27.83 |
| *Taxable | |
| **Total:** | **206.49** |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 2027740 | Checking | XXXXX3029 | 429.69 |

Hide

**DEBORAH GENTRY**

Print

| | |
|---|---|
| Net Pay: | $1,041.12 |
| Pay Begin Date: | 10/07/2012 |
| Pay End Date: | 10/20/2012 |
| Check Date: | 10/26/2012 |

Company:
Baptist Health System
Address:
3201 4th Avenue South
Birmingham, AL 35222

Review the details of your paycheck. To view other checks, select

### General

| | | | |
|---|---|---|---|
| Name: | DEBORAH LYNNETTE GENTRY | Business Unit: | BHSBU |
| Employee ID: | | Pay Group: | Baptist Health System |
| Address: | 5985 CREEKWOOD ROAD<br>IRONDALE, AL 35210 | Department: | PRN2750 - NEUROSURGICAL INTENS |
| | | Location: | PRN-Princeton |
| | | Job Title: | RN |
| | | Pay Rate: | $20.46   Hourly |

### Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: | Married | AL Marital Status: | Single or married but claiming no exempt |
| Fed Allowances: | 0 | AL Allowances: | 1 |
| Fed Addl Percent: | 0.000 | AL Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | AL Addl Amount: | $0.00 |

### Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,780.27 | 1,303.23 | 262.11 | 477.04 | 1,041.12 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | 49.20 | 20.460000 | 1,006.64 |
| Baylor$8. | 49.20 | 8.000000 | 393.60 |
| Sh Diff 3 | 33.10 | | 132.40 |
| ETO 7/7 | 5.44 | 20.460000 | 111.30 |
| CNPay$1.50 | 48.00 | 1.500000 | 72.00 |
| Sh Diff 2 | 16.10 | | 52.33 |
| Stdby$1.50 | 8.00 | 1.500000 | 12.00 |
| W/O Pay | 12.00 | | |
| Total: | 221.04 | | 1,780.27 |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholdng | 115.29 |
| Fed MED/EE | 20.45 |
| Fed OASDI/EE | 59.22 |
| AL Withholdng | 53.05 |
| AL BIRMINGHAM Withholdng | 14.10 |
| Total: | 262.11 |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| MEDICAL | 137.00 |
| Dental | 19.00 |
| VISION | 5.89 |
| Val Mut | 106.82 |
| Medspend | 62.50 |
| Dep Care | 145.83 |
| Total: | 477.04 |

### After Tax Deductions

| Description | Amount |
|---|---|
| Total: | |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| MEDICAL | 175.60 |
| Life Ins. | 0.60 |
| LTDPD | 2.46 |
| Val Mut | 53.41 |
| * Taxable | |
| Total: | 232.07 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 2023304 | Checking | XXXXX3029 | 1,041.12 |

Hide

**DEBORAH GENTRY**

Print

| | |
|---|---|
| Net Pay: | $1,032.26 |
| Pay Begin Date: | 09/23/2012 |
| Pay End Date: | 10/06/2012 |
| Check Date: | 10/12/2012 |

Company: Baptist Health System
Address: 3201 4th Avenue South
Birmingham, AL 35222

Review the details of your paycheck. To view other checks, select

### General

| | | | | |
|---|---|---|---|---|
| Name: | DEBORAH LYNNETTE GENTRY | Business Unit: | BHSBU | |
| Employee ID: | 8_____ | Pay Group: | Baptist Health System | |
| Address: | 5985 CREEKWOOD ROAD IRONDALE, AL 35210 | Department: | PRN2750 - NEUROSURGICAL INTENS | |
| | | Location: | PRN-Princeton | |
| | | Job Title: | RN | |
| | | Pay Rate: | $20.46 | Hourly |

### Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: | Married | AL Marital Status: | Single or married but claiming no exempt |
| Fed Allowances: | 0 | AL Allowances: | 1 |
| Fed Addl Percent: | 0.000 | AL Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | AL Addl Amount: | $0.00 |

### Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,767.46 | 1,291.18 | 258.92 | 476.28 | 1,032.26 |
| YTD | 37,412.79 | 27,772.13 | 5,623.94 | 10,235.17 | 21,553.68 |

### Earnings

| Description | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Regular | 48.80 | 20.460000 | 998.45 | 23,460.69 |
| BaylorS8. | 48.80 | 8.000000 | 390.40 | 7,370.40 |
| Sh Diff 3 | 32.60 | | 130.40 | 820.00 |
| ETO 7/7 | 5.46 | 20.460000 | 111.71 | 2,554.22 |
| CNPay$1.50 | 47.90 | 1.500000 | 71.85 | 557.55 |
| Sh Diff 2 | 16.20 | | 52.65 | 1,238.35 |
| Stdby$1.50 | 8.00 | 1.500000 | 12.00 | 27.45 |
| W/O Pay | 12.00 | | | 0.00 |
| Co Bus | | | | 439.90 |
| Overtime | | | | 944.23 |
| Total: | 219.76 | | 1,767.46 | 37,412.79 |

### Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| Fed Withholdng | 113.48 | 2,501.68 |
| Fed MED/EE | 20.25 | 435.24 |
| Fed OASDI/EE | 58.68 | 1,260.71 |
| AL Withholdng | 52.54 | 1,126.13 |
| AL BIRMINGHAM Withholdng | 13.97 | 300.18 |
| Total: | 258.92 | 5,623.94 |

### Before-Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| MEDICAL | 137.00 | 2,904.00 |
| Dental | 19.00 | 407.00 |
| VISION | 5.89 | 126.57 |
| Val Mut | 106.05 | 2,244.76 |
| Medspend | 62.50 | 1,187.50 |
| Dep Care | 145.84 | 2,770.83 |
| Total: | 476.28 | 9,640.66 |

### After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| Sptfirst | | 592.00 |
| Sup Life | | 1.85 |
| DPLFCH | | 0.66 |
| Total: | | 594.51 |

### Employer Paid Benefits

| Description | Amount | YTD Amount |
|---|---|---|
| MEDICAL | 175.60 | 3,909.17 |
| Life Ins. | 0.60 | 12.44 |
| LTDPD | 2.46 | 51.18 |
| Val Mut | 53.03 | 1,122.43 |
| *Taxable Total: | 231.69 | 5,095.22 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 2018953 | Checking | XXXXX3029 | 1,032.26 |

### Leave Balances

| Description | YTD Amount |
|---|---|
| ETO | 0.00 |
| PIB | 52.55 |
| Total YTD Amount: | 52.55 |

Hide

**DEBORAH GENTRY**

Print

| | |
|---|---|
| Net Pay: | $1,008.41 |
| Pay Begin Date: | 09/09/2012 |
| Pay End Date: | 09/22/2012 |
| Check Date: | 09/28/2012 |

Company:
Baptist Health System
Address:
3201 4th Avenue South
Birmingham, AL 35222

Review the details of your paycheck. To view other checks, select

### General

| | | | |
|---|---|---|---|
| Name: | DEBORAH LYNNETTE GENTRY | Business Unit: | BHSBU |
| Employee ID: | ############ | Pay Group: | Baptist Health System |
| Address: | 5985 CREEKWOOD ROAD | Department: | PRN2750 - NEUROSURGICAL INTENS |
| | IRONDALE, AL 35210 | Location: | PRN-Princeton |
| | | Job Title: | RN |
| | | Pay Rate: | $20.46  Hourly |

### Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: | Married | AL Marital Status: | Single or married but claiming no exempt |
| Fed Allowances: | 0 | AL Allowances: | 1 |
| Fed Addl Percent: | 0.000 | AL Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | AL Addl Amount: | $0.00 |

### Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,733.05 | 1,258.85 | 250.44 | 474.20 | 1,008.41 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | 49.00 | 20.460000 | 1,002.54 |
| Baylor$8. | 49.00 | 8.000000 | 392.00 |
| Sh Diff 3 | 33.00 | | 132.00 |
| ETO 7/7 | 4.04 | 20.460000 | 82.66 |
| CNPay$1.50 | 47.90 | 1.500000 | 71.85 |
| Sh Diff 2 | 16.00 | | 52.00 |
| **Total:** | **198.94** | | **1,733.05** |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholdng | 108.64 |
| Fed MED/EE | 19.77 |
| Fed OASDI/EE | 57.24 |
| AL Withholdng | 51.16 |
| AL BIRMINGHAM Withholdng | 13.63 |
| **Total:** | **250.44** |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| MEDICAL | 137.00 |
| Dental | 19.00 |
| VISION | 5.89 |
| Val Mut | 103.98 |
| Medspend | 62.50 |
| Dep Care | 145.83 |
| **Total:** | **474.20** |

### After Tax Deductions

| Description | Amount |
|---|---|
| **Total:** | |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| MEDICAL | 175.60 |
| Life Ins. | 0.60 |
| LTDPD | 2.46 |
| Val Mut | 51.99 |
| * Taxable | |
| **Total:** | **230.65** |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 2014544 | Checking | XXXXX3029 | 1,008.41 |

Hide

http://psweb.bhsala.com:8005/psc/hr90sys/EMPLOYEE/HRMS/c/ROLE_EMPLOYEE.P...    10/9/2012

Case 12-05877-BGC7    Doc 10    Filed 12/17/12    Entered 12/17/12 18:42:39    Desc Main
Document    Page 6 of 10

**DEBORAH GENTRY**

Print

Net Pay: $706.52

Company: Baptist Health System
Address: 3201 4th Avenue South
Birmingham, AL 35222

Pay Begin Date: 08/26/2012
Pay End Date: 09/08/2012
Check Date: 09/14/2012

Review the details of your paycheck. To view other checks, select

### General

| | | | |
|---|---|---|---|
| Name: | DEBORAH LYNNETTE GENTRY | Business Unit: | BHSBU |
| Employee ID: | [redacted] | Pay Group: | Baptist Health System |
| Address: | 5985 CREEKWOOD ROAD IRONDALE, AL 35210 | Department: | PRN2750 - NEUROSURGICAL INTENS |
| | | Location: | PRN-Princeton |
| | | Job Title: | RN |
| | | Pay Rate: | $20.46　Hourly |

### Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: | Married | AL Marital Status: | Single or married but claiming no exempt |
| Fed Allowances: | 0 | AL Allowances: | 1 |
| Fed Addl Percent: | 0.000 | AL Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | AL Addl Amount: | $0.00 |

### Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,304.56 | 856.06 | 149.54 | 448.50 | 706.52 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | 36.20 | 20.460000 | 740.65 |
| Baylor$8. | 36.20 | 8.000000 | 289.60 |
| W/O Pay | 12.00 | 20.460000 | 245.52 |
| ETO 7/7 | 6.77 | 20.460000 | 138.51 |
| Sh Diff 3 | 24.20 | | 96.80 |
| Sh Diff 2 | 12.00 | | 39.00 |
| **Total:** | **127.37** | | **1,304.56** |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholdng | 54.45 |
| Fed MED/EE | 13.54 |
| Fed OASDI/EE | 39.24 |
| AL Withholdng | 32.97 |
| AL BIRMINGHAM Withholdng | 9.34 |
| **Total:** | **149.54** |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| MEDICAL | 137.00 |
| Dental | 19.00 |
| VISION | 5.89 |
| Val Mut | 78.27 |
| Medspend | 62.50 |
| Dep Care | 145.84 |
| **Total:** | **448.50** |

### After Tax Deductions

| Description | Amount |
|---|---|
| Total: | |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| MEDICAL | 175.60 |
| Life Ins. | 0.60 |
| LTDPD | 2.46 |
| Val Mut | 39.14 |
| * Taxable | |
| **Total:** | **217.80** |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 2010242 | Checking | XXXXX3029 | 706.52 |

Hide

Case 12-05877-BGC7　　Doc 10　　Filed 12/17/12　　Entered 12/17/12 18:42:39　　Desc Main
Document　　Page 7 of 10

**DEBORAH GENTRY**



| | |
|---|---|
| **Net Pay:** | $1,203.92 |
| **Pay Begin Date:** | 08/12/2012 |
| **Pay End Date:** | 08/25/2012 |
| **Check Date:** | 08/31/2012 |

**Company:** Baptist Health System
**Address:** 3201 4th Avenue South, Birmingham, AL 35222

Review the details of your paycheck. To view other checks, select

### General

| | | | |
|---|---|---|---|
| **Name:** | DEBORAH LYNNETTE GENTRY | **Business Unit:** | BHSBU |
| **Employee ID:** | (redacted) | **Pay Group:** | Baptist Health System |
| **Address:** | 5985 CREEKWOOD ROAD IRONDALE, AL 35210 | **Department:** | PRN2750 - NEUROSURGICAL INTENS |
| | | **Location:** | PRN-Princeton |
| | | **Job Title:** | RN |
| | | **Pay Rate:** | $20.46    Hourly |

### Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **AL Marital Status:** | Single or married but claiming no exempt |
| **Fed Allowances:** | 0 | **AL Allowances:** | 1 |
| **Fed Addl Percent:** | 0.000 | **AL Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **AL Addl Amount:** | $0.00 |

### Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,015.35 | 1,524.21 | 320.29 | 491.14 | 1,203.92 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | 60.70 | 20.460000 | 1,241.93 |
| Baylor$8. | 48.60 | 8.000000 | 388.80 |
| Sh Diff 3 | 32.30 | | 129.20 |
| ETO 7/7 | 5.74 | 20.460000 | 117.44 |
| CNPay$1.50 | 48.00 | 1.500000 | 72.00 |
| Sh Diff 2 | 20.30 | | 65.98 |
| **Total:** | **215.64** | | **2,015.35** |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholdng | 148.44 |
| Fed MED/EE | 23.86 |
| Fed OASDI/EE | 69.10 |
| AL Withholdng | 62.44 |
| AL BIRMINGHAM Withholdng | 16.45 |
| **Total:** | **320.29** |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| MEDICAL | 137.00 |
| Dental | 19.00 |
| VISION | 5.89 |
| Val Mut | 120.92 |
| Medspend | 62.50 |
| Dep Care | 145.83 |
| **Total:** | **491.14** |

### After Tax Deductions

| Description | Amount |
|---|---|
| **Total:** | |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| MEDICAL | 175.60 |
| Life Ins. | 0.60 |
| LTDPD | 2.46 |
| Val Mut | 60.46 |
| *Taxable | |
| **Total:** | **239.12** |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 2005941 | Checking | XXXXX3029 | 1,203.92 |

Hide

Case 12-05877-BGC7    Doc 10    Filed 12/17/12    Entered 12/17/12 18:42:39    Desc Main
Document    Page 8 of 10

**DEBORAH GENTRY**

| | |
|---|---|
| Company: Baptist Health System | Net Pay: $991.83 |
| Address: 3201 4th Avenue South Birmingham, AL 35222 | Pay Begin Date: 07/29/2012<br>Pay End Date: 08/11/2012<br>Check Date: 08/17/2012 |

Review the details of your paycheck. To view other checks, select

### General

| | | | |
|---|---|---|---|
| Name: | DEBORAH LYNNETTE GENTRY | Business Unit: | BHSBU |
| Employee ID: | ██████████ | Pay Group: | Baptist Health System |
| Address: | 5985 CREEKWOOD ROAD IRONDALE, AL 35210 | Department: | PRN2750 - NEUROSURGICAL INTENS |
| | | Location: | PRN-Princeton |
| | | Job Title: | RN |
| | | Pay Rate: | $20.46    Hourly |

### Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: | Married | AL Marital Status: | Single or married but claiming no exempt |
| Fed Allowances: | 0 | AL Allowances: | 1 |
| Fed Addl Percent: | 0.000 | AL Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | AL Addl Amount: | $0.00 |

### Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,815.96 | 1,336.77 | 270.94 | 553.19 | 991.83 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | 49.30 | 20.460000 | 1,008.68 |
| Baylor$8. | 61.30 | 8.000000 | 490.40 |
| Sh Diff 3 | 33.00 | | 132.00 |
| ETO 7/7 | 5.42 | 20.460000 | 110.89 |
| Sh Diff 2 | 16.30 | | 52.98 |
| Co Bus | 2.20 | 20.460000 | 45.01 |
| Baylor$2. | -12.00 | 2.000000 | -24.00 |
| **Total:** | **155.52** | | **1,815.96** |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholdng | 120.32 |
| Fed MED/EE | 20.96 |
| Fed OASDI/EE | 60.72 |
| AL Withholdng | 54.48 |
| AL BIRMINGHAM Withholdng | 14.46 |
| **Total:** | **270.94** |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| MEDICAL | 137.00 |
| Dental | 19.00 |
| VISION | 5.89 |
| Val Mut | 108.96 |
| Medspend | 62.50 |
| Dep Care | 145.84 |
| **Total:** | **479.19** |

### After Tax Deductions

| Description | Amount |
|---|---|
| Sptfirst | 74.00 |
| **Total:** | **74.00** |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| MEDICAL | 175.60 |
| Life Ins. | 0.60 |
| LTDPD | 2.46 |
| Val Mut | 54.48 |
| *Taxable | |
| **Total:** | **233.14** |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 2001565 | Checking | XXXXX3029 | 991.83 |

Hide

Pay Inquiry                                                                                                                   Page 1 of 1

**DEBORAH GENTRY**



| | |
|---|---|
| **Net Pay:** | $845.60 |
| **Pay Begin Date:** | 07/15/2012 |
| **Pay End Date:** | 07/28/2012 |
| **Check Date:** | 08/03/2012 |

**Company:** Baptist Health System
**Address:** 3201 4th Avenue South, Birmingham, AL 35222

Review the details of your paycheck. To view other checks, select

### General

| | | | |
|---|---|---|---|
| **Name:** | DEBORAH LYNNETTE GENTRY | **Business Unit:** | BHSBU |
| **Employee ID:** | [redacted] | **Pay Group:** | Baptist Health System |
| **Address:** | 5985 CREEKWOOD ROAD, IRONDALE, AL 35210 | **Department:** | PRN2750 - NEUROSURGICAL INTENS |
| | | **Location:** | PRN-Princeton |
| | | **Job Title:** | RN |
| | | **Pay Rate:** | $20.46 Hourly |

### Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **AL Marital Status:** | Single or married but claiming no exempt |
| **Fed Allowances:** | 0 | **AL Allowances:** | 1 |
| **Fed Addl Percent:** | 0.000 | **AL Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **AL Addl Amount:** | $0.00 |

### Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,497.48 | 1,037.41 | 191.81 | 460.07 | 845.60 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | 48.60 | 20.460000 | 994.35 |
| W/O Pay | 24.00 | 20.460000 | 491.04 |
| Baylor$8. | 24.30 | 8.000000 | 194.40 |
| ETO 7/7 | 6.56 | 20.460000 | 134.22 |
| Sh Diff 3 | 24.30 | | 97.20 |
| Sh Diff 2 | 16.40 | | 53.31 |
| Baylor$2. | 12.00 | 2.000000 | 24.00 |
| **Total:** | **156.16** | | **1,497.48** |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholdng | 75.42 |
| Fed MED/EE | 16.35 |
| Fed OASDI/EE | 47.35 |
| AL Withholdng | 41.42 |
| AL BIRMINGHAM Withholdng | 11.27 |
| **Total:** | **191.81** |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| MEDICAL | 137.00 |
| Dental | 19.00 |
| VISION | 5.89 |
| Val Mut | 89.85 |
| Medspend | 62.50 |
| Dep Care | 145.83 |
| **Total:** | **460.07** |

### After Tax Deductions

| Description | Amount |
|---|---|
| **Total:** | |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| MEDICAL | 175.60 |
| Life Ins. | 0.60 |
| LTDPD | 2.46 |
| Val Mut | 44.93 |
| *Taxable | |
| **Total:** | **223.59** |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 1997265 | Checking | XXXXX3029 | 845.60 |

Hide